UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| ALBERT CLAYTON SIMMONS,<br><br>   Plaintiff,<br><br>v.<br><br>AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS, GEORGIA SOCIETY OF CERTIFIED PUBLIC ACCOUNTANTS, GEORGIA STATE BOARD OF ACCOUNTANCY, and GREEN, MOSIER & KEMP, LLC<br><br>   Defendants. | Case No. 1:24-cv-1789 |

**DEFENDANTS AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS, GEORGIA SOCIETY OF CERTIFIED PUBLIC ACCOUNTANTS, and GREEN, MOSIER & KEMP, LLC's JOINT MOTION TO STAY DISCOVERY, <u>PRETRIAL DEADLINES, AND LOCAL RULE DEADLINES</u>**

Defendants American Institute of Certified Public Accountants, Georgia Society of Certified Public Accountants, and Green, Mosier & Kemp, LLC ("GMK"), respectfully move this Court for an order staying discovery, all pretrial deadlines, and all local rule deadlines, until the Court rules on GMK and the co-defendants' pending Motions to Dismiss. As set forth in the accompanying Memorandum in support of this motion, good cause exists for granting it. The Motions to Dismiss are dispositive of the case and, if granted, will eliminate the need

1

for discovery. A stay will avoid the potential unnecessary time and expense of the parties. Therefore, these Defendants propose that the discovery period be stayed until 30 days after the Court's final ruling on the Motions to Dismiss, that the deadlines for service of Initial Disclosures, per LR 26.1, and the Rule 26(f) Early Planning Conference, per LR 16.1, be extended until 30 days after the Court's final ruling on Defendants' Motions to Dismiss, and that the deadline for filing the Joint Preliminary Report and Discovery Plan, per LR 16.2, be extended to 30 days after the Early Planning Conference.

  Respectfully submitted, this the 11th day of July, 2024.

/s/ Lewis P. Perling
Matthew A. Gass
Georgia Bar No. 360755
mgass@stites.com
Lewis P. Perling
Georgia Bar No. 572379
lperling@stites.com

*Counsel for Green, Mosier & Kemp, LLC*

STITES & HARBISON PLLC
303 Peachtree Street N.E.
Suite 2800
Atlanta, Georgia 30308
Ph: (404) 739-877
Fax: (404) 739-8870

**Counsel for Defendants American Institute of Certified Public**

*Accountants and the Georgia Society of Certified Public Accountants*

*/s/ Peter D. Sullivan*

Peter D. Sullivan
Michael C. Stephenson
Hinshaw & Culbertson, LLP
151 N. Franklin St., Ste. 2500
Chicago, Illinois   60606
(312) 704-3000
psullivan@hinshawlaw.com
mstephenson@hinshawlaw.com

*/s/ Dwayne Pope*

N. DeWayne Pope
Gordon Rees Scully Mansukhani
55 Ivan Allen Jr., Blvd. N.W., Ste. 750
Atlanta, GA 30308
205-980-8200
dpope@grsm.com

## CERTIFICATE OF SERVICE AND COMPLIANCE

I hereby certify that I have this day electronically filed the foregoing document with the Clerk of Court using the Court's CM/ECF system, which will automatically send email notification of such filing to all counsel of record and that the foregoing complies with font and point selection approved by this Court in Local Rule 5.1. Further, I hereby certify that I have this day served the foregoing via First-Class U.S. Mail and email to, Plaintiff, pro se:

>Albert Clayton Simmons
>124 Wallnut Hall Circle
>Woodstock, GA 30189
>acspc.cpa@gmail.com

This the 11th day of July, 2024.

>*/s/ Lewis P. Perling*
>Lewis P. Perling
>Georgia Bar No. 572379