IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALBERT CLAYTON SIMMONS,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS, GEORGIA SOCIETY OF CPA'S, GEORGIA STATE BOARD OF ACCOUNTANCY, and GREEN, MOSIER & KEMP, LLC,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:24-CV-1789-MHC |

### ORDER GRANTING MOTION TO STAY DISCOVERY, PRETRIAL DEADLINES, AND LOCAL RULE DEADLINES

This matter comes before the Court on Defendant Georgia State Board of Accountancy's Motion to Stay Discovery [Doc. 16] and Defendants American Institute of Certified Public Accountants, Georgia Society of Certified Public Accountants, and Green, Mosier & Kemp, LLC's Motion to Stay Discovery, Pretrial Deadlines, and Local Rule Deadlines [Doc. 19]. The parties have indicated to the Court that Plaintiff consents to these Motions.

The Court has broad discretion to manage its own docket. This includes "broad discretion to stay discovery pending decision on a dispositive motion." Panola v. Land Buyers Ass'n v. Shuman, 762 F.2d 1550, 1560 (11th Cir. 1985) (citations omitted); see also LR 26.2B, NDGa. ("The court may, in its discretion, shorten or lengthen the time for discovery."). The Court finds that judicial efficiency will be achieved by granting a stay as to discovery and the parties' pretrial obligations (e.g., initial disclosures, conference and reporting obligations under Local Rules 16 and 26) in this case.

Accordingly, it is hereby **ORDERED** that Defendant Georgia State Board of Accountancy's Motion to Stay Discovery [Doc. 16] and Defendants American Institute of Certified Public Accountants, Georgia Society of Certified Public Accountants, and Green, Mosier & Kemp, LLC's Motion to Stay Discovery, Pretrial Deadlines, and Local Rule Deadlines [Doc. 19] are **GRANTED**.

It is further **ORDERED** that the discovery period is **STAYED** until 30 days after the Court's ruling on Defendants' Motions to Dismiss [Docs. 15, 17, and 21], the deadlines for service of Initial Disclosures, per LR 26.1, and the Rule 26(f) Early Planning Conference, per LR 16.1, is extended until 30 days after the Court's ruling on Defendants' Motions to Dismiss, and the deadline for filing the Joint

Preliminary Report and Discovery Plan, per LR 16.2, is extended to 30 days after the Early Planning Conference.

**IT IS SO ORDERED** this 29th day of July, 2024.

_____
MARK H. COHEN
United States District Judge